UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERYC HAIRSTON,

                          Petitioner,                                              21 **CIVIL** 6503 (NSR)(VR)

                 -against-                                                  **JUDGMENT**

EARL BELL, Superintendent,

                          Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2024, the Court has adopted the Report and Recommendation in its entirety. The petition for a writ of habeas corpus is, therefore, DENIED. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 6 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F.3d 1011, 1017 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 225, 259–60 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
           October 11, 2024

                                                                  **DANIEL ORTIZ**
                                                                   **Acting Clerk of Court**

                                   **BY:**        *K. Mango*

                                                                     **Deputy Clerk**